## Ruhl *v*. Kolb, Appellant.

Opinion by Williams, J., May 7, 1917:
For the reasons given in the opinion in Rebold v. Kolb, ante p. 473, the judgment is affirmed.